**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000675
12-JUN-2018
09:47 AM**

NO. CAAP-17-0000675

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


STATE OF HAWAI'I, Plaintiff-Appellee,
v.
KAWIKA KANAKANUI, Defendant-Appellant


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 15-1-001717)


ORDER GRANTING THE MAY 10, 2018
MOTION REGARDING WITHDRAWAL OF APPEAL
(By: Leonard, Presiding Judge, Reifurth and Chan, JJ.)

Upon consideration of Defendant-Appellant Kawika Kanakanui's (Kanakanui) May 10, 2018 Motion Regarding Withdrawal of Appeal, which the court construes as a motion to dismiss the appeal, the papers in support, and the record, it appears that (1) the appeal was docketed on November 14, 2017; (2) Kanakanui seeks to dismiss the appeal; (3) the motion includes Kanakanui's declaration showing that he understands the consequences of voluntary dismissal, consistent with Hawai'i Rules of Appellate Procedure (HRAP) Rule 42(c); and (4) dismissal is authorized by HRAP Rule 42(b) and (c).

Therefore, IT IS HEREBY ORDERED that the motion to dismiss the appeal is approved, and the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, June 12, 2018.

Presiding Judge

Associate Judge

Associate Judge